# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00512-RM-MEH

DIANA DOUGLAS,

    Plaintiff,

v.

TRIMBLE INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 48) by Judge Raymond P. Moore entered on September 14, 2022, it is

ORDERED that summary judgment is entered in favor of the defendant and against the plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated this 14th day of September, 2022.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL

                                      By:   s/C. Pearson, Deputy Clerk